*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00674-CV

Angelita **RAMOS**,
Appellant

v.

Sandra **PEREZ**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-07-22
Honorable Alex William Gabert, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Justice
            Karen Angelini, Justice
            Sandee Bryan Marion, Justice

Delivered and Filed:   December 23, 2008

DISMISSED

Appellant has filed a motion indicating that the parties have fully resolved and settled all issues in dispute.  Because the parties have reached a final settlement of all issues raised in this appeal, appellant asks that we dismiss this appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Appellant's motion to dismiss is granted, and this appeal is dismissed.  Costs of appeal are taxed against the appellant.  *See id.* at (d).

PER CURIAM